UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

SLATER L. YOHEY,

Petitioner,

v.

PERRY RUSSELL, *et al.*,

Respondents.

Case No. 3:20-cv-00441-MMD-CLB

ORDER

This is a habeas corpus action under 28 U.S.C. § 2254. Petitioner has filed an application to proceed *in forma pauperis.* (ECF No. 1.) Based upon the information in the financial certificate and inmate account statement that are attached to the application, Petitioner receives deposits to his account that are large and frequent enough for him to pay the $5.00 filing fee.

It is therefore ordered that the application to proceed *in forma pauperis* (ECF No. 1) is denied. Petitioner will have 45 days from the date that this order is entered to have the filing fee of $5.00 sent to the Clerk of Court. Failure to comply will result in the dismissal of this action.

It is further ordered that the Clerk of Court send Petitioner two copies of this order. Petitioner must make the necessary arrangements to have one copy of this order attached to his check paying the filing fee.

DATED THIS 4th day of August 2020.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE