# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SLATER L. YOHEY, | Case No. 3:20-cv-00441-MMD-CLB |
| Petitioner, | ORDER |
| v. | |
| PERRY RUSSELL, *et al.*, | |
| Respondents. | |

This is a habeas corpus matter filed under 28 U.S.C. § 2254. Currently before the Court are the amended petition (ECF No. 16), Petitioner's motion for leave to file exhibits under seal (ECF No. 19), and Petitioner's motion for leave to file a second amended petition (ECF No. 20).

The exhibit that Petitioner wants to file under seal is his presentence investigation report. That report contains confidential information. The Court finds compelling reasons to file this document under seal. *See Kamakana v. City and County of Honolulu*, 447 F.3d 1172 (9th Cir. 2006).

The Court waives the requirement of LR 15-1(a) that Petitioner file a proposed second amended petition along with his motion for leave to amend. Petitioner has demonstrated good cause to file a second amended petition.

It is therefore ordered that Petitioner's motion for leave to file exhibits under seal (ECF No. 19) is granted.

It is further ordered that Respondents need not respond to the amended petition (ECF No. 16).

It is further ordered that Petitioner's motion for leave to file a second amended petition (ECF No. 20) is granted. Petitioner will have up to and including March 18, 2021,

to file a second amended petition. The Court's scheduling order of November 18, 2020 (ECF No. 11) will apply to briefing subsequent to the filing of the second amended petition.

DATED THIS 3rd Day of February 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE