UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SLATER L. YOHEY,<br><br>　　　　　　　　Petitioner,<br>　　v.<br>PERRY RUSSELL, *et al.*,<br><br>　　　　　　　　Respondents. | Case No. 3:20-cv-00441-MMD-CLB<br><br>ORDER |

　　This is a habeas corpus matter under 28 U.S.C. § 2254. Currently before the Court is Petitioner's unopposed motion for extension of time (first request). (ECF No. 22.) The Court finds that good cause exists to grant the motion.

　　It is therefore ordered that Petitioner's unopposed motion for extension of time (ECF No. 22) is granted. Petitioner will have up to and including April 19, 2021, to file a second amended petition for a writ of habeas corpus.

　　DATED THIS 19th Day of March 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE