UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SLATER L. YOHEY,<br><br>                Petitioner,<br>    v.<br>PERRY RUSSELL, *et al.*,<br><br>                Respondents. | Case No. 3:20-cv-00441-MMD-CLB<br><br>ORDER |

This is a habeas corpus matter under 28 U.S.C. § 2254. Currently before the Court is Respondents' unopposed motion for enlargement of time (first request). (ECF No. 28.) The Court finds that good cause exists to grant the motion.

It is therefore ordered that Respondents' unopposed motion for enlargement of time (ECF No. 28) is granted. Respondents will have up to and including August 17, 2021, to file an answer or other response to the second amended petition for a writ of habeas corpus (ECF No. 24).

DATED THIS 17th Day of June 2021.

 

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE