UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SLATER L. YOHEY,<br><br>　　　　　　　　Petitioner,<br>　　v.<br>PERRY RUSSELL, et al.,<br><br>　　　　　　　　Respondents. | Case No. 3:20-cv-00441-MMD-CLB<br><br>ORDER |

This is a habeas corpus matter under 28 U.S.C. § 2254. Currently before the Court is Respondents' unopposed motion for enlargement of time (second request) (ECF No. 30) to file a response to the Second Amended Petition (ECF No. 24). The Court finds the request is made in good faith and not solely for the purpose of delay, and that good cause therefore exists to grant the motion.

It therefore is ordered that Respondents' unopposed motion for enlargement of time (second request) (ECF No. 30) is granted. Respondents will have up to and including October 1, 2021, to file an answer or other response to the second amended petition for a writ of habeas corpus (ECF No. 24).

DATED THIS 18th Day of August 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE