# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SLATER L. YOHEY,<br><br>              Petitioner,<br>    v.<br><br>PERRY RUSSELL, *et al.*,<br><br>              Respondents. | Case No. 3:20-cv-00441-MMD-CLB<br><br>ORDER |

This is a habeas corpus matter under 28 U.S.C. § 2254. Currently before the Court is Respondents' unopposed motion for enlargement of time (third request). (ECF No. 32.) The Court finds that good cause exists to grant the motion.

It is therefore ordered that Respondents' unopposed motion for enlargement of time (ECF No. 32) is granted. Respondents will have up to and including November 1, 2021, to file an answer or other response to the second amended petition for a writ of habeas corpus (ECF No. 24).

DATED THIS 1st Day of October 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE