# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SLATER L. YOHEY,<br><br>      Petitioner,<br>  v.<br><br>PERRY RUSSELL, *et al.*,<br><br>      Respondents. | Case No. 3:20-cv-00441-MMD-CLB<br><br>ORDER |

This is a habeas corpus matter under 28 U.S.C. § 2254. Currently before the Court is Respondents' motion for leave to file exhibits under seal. (ECF No. 36.) The exhibits in question are a substance abuse evaluation and a pre-sentence investigation report, both of which contain confidential information. The Court finds that compelling reasons exist to grant the motion and seal these exhibits. *See Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1178-79 (9th Cir. 2006). The Court accordingly finds that good cause exists to grant the motion.

Petitioner has also filed an unopposed motion for extension of time (ECF No. 38). The Court finds that good cause exists to grant the motion.

It is therefore ordered that Respondents' motion for leave to file exhibits under seal (ECF No. 36) is granted.

It is further ordered that Petitioner's unopposed motion for extension of time (ECF No. 38) is granted. Petitioner will have up to and including December 15, 2021, to file an opposition to Respondents' motion to dismiss (ECF No. 34).

DATED THIS 15th Day of November 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE