# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SLATER L. YOHEY,<br><br>　　　　　　　Petitioner,<br>　v.<br>PERRY RUSSELL, *et al.*,<br><br>　　　　　　　Respondents. | Case No. 3:20-cv-00441-MMD-CLB<br><br>ORDER |

Petitioner filed an unopposed motion for enlargement of time (second request) (ECF No. 41). The Court finds good cause exists to grant the motion. It is therefore ordered that Petitioner's motion for enlargement of time (ECF No. 41) is granted. Petitioner need not respond to the motion to dismiss (ECF No. 34) until further order of the Court.

DATED THIS 2nd Day of December 2021.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE