UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SLATER L. YOHEY, | Case No. 3:20-cv-00441-MMD-CLB |
| Petitioner, | ORDER |
| v. | |
| PERRY RUSSELL, *et al.*, | |
| Respondents. | |

This is a habeas corpus matter under 28 U.S.C. § 2254. Currently before the Court is Respondents' unopposed motion for enlargement of time (first request). (ECF No. 43.) The Court finds that good cause exists to grant the motion.

It is therefore ordered that Respondents' unopposed motion for enlargement of time (first request) (ECF No. 43) is granted. Respondents will have up to and including January 31, 2022, to file a response to Petitioner's motion to strike (ECF No. 40).

DATED THIS 14th Day of December 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE