UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SLATER L. YOHEY,<br><br>　　　　　　　　Petitioner,<br>　　v.<br>PERRY RUSSELL, *et al.*,<br><br>　　　　　　　　Respondents. | Case No. 3:20-cv-00441-MMD-CLB<br><br>ORDER |

　　This is a habeas corpus matter under 28 U.S.C. § 2254. Currently before the Court is Respondents' unopposed motion for enlargement of time (second request). (ECF No. 45.) The Court finds that good cause exists to grant the motion.

　　It is therefore ordered that Respondents' unopposed motion for enlargement of time (ECF No. 45) is granted. Respondents will have up to and including March 17, 2022, to file a response to Petitioner's motion to strike (ECF No. 40).

　　DATED THIS 1st Day of February 2022.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE