# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SLATER L. YOHEY, | Case No. 3:20-cv-00441-MMD-CLB |
| Petitioner, | ORDER |
| v. | |
| PERRY RUSSELL, *et al.*, | |
| Respondents. | |

This is a habeas corpus matter under 28 U.S.C. § 2254. Currently before the Court is Respondents' unopposed motion for enlargement of time (third request). (ECF No. 47.) The Court finds that good cause exists to grant the motion.

It is therefore ordered that Respondents' unopposed motion for enlargement of time (ECF No. 47) is granted. Respondents will have up to and including May 2, 2022, to file a response to Petitioner's motion to strike (ECF No. 40).

DATED THIS 21st Day of March 2022.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE