UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SLATER L. YOHEY,<br><br>                    Petitioner,<br>     v.<br>PERRY RUSSELL, et al.,<br><br>                    Respondents. | Case No. 3:20-cv-00441-ART-CLB<br><br>ORDER |

    Petitioner having filed an unopposed motion for extension of time (first request) (ECF No. 53), and good cause appearing;

    It is therefore ordered that Petitioner's unopposed motion for extension of time (first request) (ECF No. 53) is granted. Petitioner will have up to and including June 15, 2022, to file an opposition to respondents' motion to dismiss.

    DATED THIS 2nd day of June 2022.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1