UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SLATER L. YOHEY,<br><br>　　　　　　　　　　Petitioner,<br>　v.<br>PERRY RUSSELL, et al.,<br><br>　　　　　　　　　　Respondents. | Case No. 3:20-cv-00441-ART-CLB<br><br>ORDER |

　　　Respondents having filed an unopposed motion for enlargement of time (first request) (ECF No. 56), and good cause appearing;

　　　It is therefore ordered that Respondents' unopposed motion for enlargement of time (first request) (ECF No. 56) is granted. Respondents will have up to and including August 10, 2022, to file a reply to the motion to dismiss.

　　　DATED THIS 21st day of June 2022.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　ANNE R. TRAUM
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1