UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SLATER L. YOHEY,<br><br>        Petitioner,<br> v.<br>PERRY RUSSELL, et al.,<br><br>        Respondents. | Case No. 3:20-cv-00441-ART-CLB<br><br>ORDER |

  Respondents having filed an unopposed motion for enlargement of time (second request) (ECF No. 58), and good cause appearing;

  It is therefore ordered that Respondents' unopposed motion for enlargement of time (second request) (ECF No. 58) is granted. Respondents will have up to and including September 26, 2022, to file a reply to the motion to dismiss.

  DATED THIS 11th day of August 2022.

                _____
                ANNE R. TRAUM
                UNITED STATES DISTRICT JUDGE