UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SLATER L. YOHEY, | Case No. 3:20-cv-00441-ART-CLB |
| Petitioner, | ORDER |
| v. | |
| PERRY RUSSELL, et al., | |
| Respondents. | |

Respondents having filed an unopposed motion for enlargement of time (first request) (ECF No. 65), and good cause appearing;

It is therefore ordered that Respondents' unopposed motion for enlargement of time (first request) (ECF No. 65) is granted. Respondents will have up to and including July 21, 2023, to file their answer to Petitioner Slater Yohey's second amended petition.

DATED THIS 26th day of May 2023.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1