UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SLATER L. YOHEY,<br><br>   Petitioner,<br>   v.<br>PERRY RUSSELL, et al.,<br><br>   Respondents. | Case No. 3:20-cv-00441-ART-CLB<br><br>ORDER |

   Petitioner Slater L. Yohey having filed an unopposed motion for extension of time (first request) (ECF No. 69), and good cause appearing;

   It is therefore ordered that Petitioner's unopposed motion for extension of time (first request) (ECF No. 69) is granted. Petitioner will have up to and including November 17, 2023, to file his reply to his amended petition.

   DATED THIS 18th day of September 2023.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE