UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SLATER L. YOHEY,<br><br>　　　　　　　　Petitioner,<br>　v.<br>PERRY RUSSELL,<br><br>　　　　　　　　Respondents. | Case No. 3:20-cv-00441-ART-CLB<br><br>ORDER |

On February 12, 2024, this Court granted Petitioner Slater L. Yohey's second-amended petition for a writ of habeas corpus, instructing "the Second Judicial District Court for the State of Nevada [to] either release . . . Yohey from state custody or to allow him, within a reasonable time, to perfect a direct appeal." (ECF No. 72 at 18.) On or about April 11, 2024, Yohey filed a direct appeal with the Nevada Supreme Court. (ECF No. 75-1.) On July 11, 2024, Respondents filed a notice requesting "this Court to order the judgment in this matter satisfied." (ECF No. 75 at 1.) Respondents represent that Yohey's counsel concurred with the notice. (*Id.* at 2.) Given (1) the parties' stipulation that the judgment has been satisfied and (2) Yohey's filing of a direct appeal, the Court finds good cause exists to order the judgment satisfied.

It is therefore ordered that the Court's judgment in this matter is satisfied. This case remains closed.

DATED THIS 16th day of July 2024.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1